IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMEKA CHANDLER,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, US GOVERNMENT, and FMCSA,<br><br>    Defendants. | 8:25CV604<br><br>MEMORANDUM AND ORDER |

  Plaintiff Tameka Chandler filed a pro se complaint on October 7, 2025. Filing No. 1. The Court conducted an initial review and concluded Plaintiff had failed to state a claim upon which relief may be granted. Plaintiff was given until November 19, 2025, to file an amended complaint. Filing No. 6. Plaintiff did not file an amended complaint.

  Accordingly,

  IT IS ORDERED:

  1. Plaintiff's complaint is dismissed for failure to state a claim and failure to prosecute.

  2. A separate judgment will be entered.

Dated this 21st day of November, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge